1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730          *E-FILED - 1/13/09*
        FAX: (415) 436-7169
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12  CHING YUAN CHIEN,                    )    No. C 08-3631 RMW
                                         )
13                      Plaintiff,       )
                                         )
14          v.                           )
                                         )    JOINT STIPULATION TO DISMISS;
15  MICHAEL CHERTOFF, Secretary,         )     ORDER
    Department of Homeland Security; et al., )
16                                       )
                        Defendants.      )
17  _____ )

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION
No. C 08-3631 RMW

1    Plaintiff, by and through her attorney of record, and Defendants, by and through their

2    attorneys of record, hereby stipulate to dismiss this action with prejudice.  The parties shall bear

3    their own costs and fees.

4    Dated: January 12, 2009                        Respectfully submitted,

5                                                   JOSEPH P. RUSSONIELLO
                                                    United States Attorney
6

7                                                   _____
                                                        /s/
                                                    MELANIE L. PROCTOR[1]
8                                                   Assistant United States Attorney
                                                    Attorneys for Defendants
9
     Dated: January 12, 2009
10

11                                                  _____
                                                        /s/
                                                    TRACY L. WOOD
                                                    Attorney for Plaintiff
12

13                            **[] ORDER**

14    Pursuant to stipulation, IT IS SO ORDERED.  The hearing scheduled for January 16, 2009

15   at 9:00 a.m. is hereby VACATED, and all pending motions are hereby TERMINATED.  The Clerk

16   shall close the file.

17   Date: 1/13/09                        _Ronald M. Whyte_

18                                          RONALD M. WHYTE
                                            United States District Judge

19

20

21

22

23

24

25

26

27   _____

28   [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/s/) within this efiled document.